UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 14-1115-JGB (SPx)** | Date | November 13, 2014 |
| Title | *Marita Ignacio v. ADP Inc.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present                            None Present

**Proceedings:**   Order (1) To Show Cause re: Subject Matter Jurisdiction (2) VACATING the November 17, 2014 Hearing (IN CHAMBERS)

Plaintiff Marita Ignacio ("Plaintiff") filed a class action Complaint against Defendant ADP Inc. ("ADP") on June 3, 2014.  (Doc. No. 1.)  Plaintiff filed the operative Second Amended Complaint on October 2, 2014.  ("SAC," Doc. No. 28.)  The SAC asserts claims for: (1) conversion; (2) negligence; and (3) violations of California's Unfair Competition Law.  The SAC alleges jurisdiction pursuant to 28 U.S.C. § 1332(d)(2), the Class Action Fairness Act ("CAFA").  (SAC ¶ 7.)

Under CAFA, Federal district courts have original subject matter jurisdiction over class actions in which a member of the plaintiff class is a citizen of a state different from any defendant and the aggregate amount of the class members' claims exceeds $5 million. 28 U.S.C. § 1332(d)(2). The party seeking the federal forum bears the burden of establishing that the statutory requirements of federal jurisdiction have been met. Lewis v. Verizon Commc'ns, Inc., 627 F.3d 395, 399 (9th Cir. 2010).

While the parties satisfy the diversity of citizenship requirement of 28 U.S.C. § 1332(d)(2), Plaintiff fails to sufficiently allege that the amount in controversy exceeds $5,000,000.

The Court ORDERS Plaintiff to show cause in writing no later than **November 21, 2014** why this action should not be dismissed for lack of subject matter jurisdiction.

      On October 16, 2014, Defendant filed a Motion to Dismiss the Second Amended Complaint. ("Motion," Doc. No. 29.) The Motion was scheduled for a hearing on November 17, 2014. The Court VACATES the November 17, 2014 hearing, and will reschedule the hearing, if necessary, after the jurisdictional issue is resolved.

      **IT IS SO ORDERED.**