**WESTERMAN LAW CORP.**
JEFF S. WESTERMAN (94559)
jwesterman@jswlegal.com
KEN REMSON (153850)
kremson@jswlegal.com
1875 Century Park East, Suite 2200
Los Angeles, CA 90067
Telephone: (310) 698-7880
Facsimile: (310) 755-9777

**SKAPIK LAW GROUP**
GERALYN SKAPIK (145055)
  gskapik@skapiklaw.com
BLAIR J. BERKLEY (222293)
  bberkley@skapiklaw.com
5861 Pine Ave. A-1
Chino Hills, CA 91709
Telephone: (909) 398-4404
Facsimile: (909) 398-1883

*Interim Co-Lead Counsel for Plaintiff*

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—EASTERN DIVISION

| | |
|---|---|
| Marita Ignacio, a California resident and an individual, on behalf of herself and all those similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>ADP, Inc., a Delaware corporation,<br><br>Defendants. | Case No. 14-CV-1115 JGB (DTBx)<br><br>**CLASS ACTION**<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL**<br><br>Judge:   Hon. Jesus G. Bernal<br>Mag. Judge: Hon. David T. Bristow<br><br>Trial Date:       TBD |

**ORDER RE JOINT STIPULATION OF DISMISSAL**

Upon consideration of the statements in the parties' Joint Stipulation of Dismissal, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

This Civil Action, including all claims for relief and causes of action, is dismissed with prejudice.  Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: October 18, 2016

                                    HON. JESUS G. BERNAL
                                    U.S. DISTRICT JUDGE